**Abatement Order filed February 26, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00408-CV
_____

### FELIX AUZ, Appellant

### V.

### CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37321**

---

## ABATEMENT ORDER

On February 26, 2014, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the

parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM